UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DR. LUCINA UDDIN,

    Plaintiff,

-against-

ELSEVIER, B.V., WOLTERS KLUWER N.V., JOHN WILEY & SONS, INC., SAGE PUBLICATIONS, INC., TAYLOR & FRANCIS GROUP, LTD., SPRINGER NATURE AG & CO. KGaA., INTERNATIONAL ASSOCIATION OF SCIENTIFIC, TECHNICAL, AND MEDICAL PUBLISHERS, and JOHN DOES 1 THROUGH 50,

    Defendants.

Case NO. 1:24-cv-06409-HG

**CORPORATE DISCLOSURE STATEMENT**
**OF JOHN WILEY & SONS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for defendant John Wiley & Sons, Inc. hereby states the following:

1. John Wiley & Sons, Inc. is a non-governmental corporate party, publicly traded as WLY on the New York Stock Exchange ("NYSE").

2. John Wiley & Sons, Inc. has no parent corporation; BlackRock, Inc. (NYSE: BLK) and The Vanguard Group, Inc. are publicly-held corporations that own more than 10% of John Wiley & Sons, Inc.'s Class A stock.

1

Dated: New York, New York  
       October 4, 2024

RESPECTFULLY SUBMITTED,

/s/ C. Scott Lent  
C. Scott Lent  
ARNOLD & PORTER KAYE SCHOLER LLP  
250 West 55th Street  
New York, NY  10019-9710  
Telephone:  (212) 836-8000  
Fax:  (212) 836-8689  
scott.lent@arnoldporter.com

*Attorney for Defendant*  
*John Wiley & Sons, Inc.*