

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

October 30, 2024

**Lisa Jose Fales**
t 202.344.4349
f 202.344.8300
LJFales@Venable.com

United States District Court Eastern District of Pennsylvania
VIA ECF FILING

Attention: Financial Department

    Re:    Duplicate Payment Refund Request

Dear United States District Court:

    Kindly process a refund for a duplicate payment made for a Pro Hac Vice filing on October 30, 2024.

    Sincerely,

*Lisa Jose Fales*

Lisa Jose Fales