UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ELVISHA DHAMALA, DR. SHELLEY FACENTE, DR. ROBERT MAHON, and DR. LUCINA UDDIN,<br><br>Plaintiffs,<br><br>-against-<br><br>ELSEVIER, B.V., INFORMA PLC, INTERNATIONAL ASSOCIATION OF SCIENTIFIC, TECHNICAL, AND MEDICAL PUBLISHERS, JOHN WILEY & SONS, INC., SAGE PUBLICATIONS, INC., SPRINGER NATURE AG & CO. KGaA, TAYLOR & FRANCIS GROUP, LLC, TAYLOR & FRANCIS GROUP, LTD., WOLTERS KLUWER HEALTH, INC., WOLTERS KLUWER N.V., and JOHN DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 1:24-cv-06409-HG<br><br>**JOINT STIPULATION AND ORDER SETTING THE PRE-MOTION LETTER SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

Dr. Elvisha Dhamala, Dr. Shelley Facente, Dr. Robert Mahon, and Dr. Lucina Uddin (collectively, the "Plaintiffs") and (1) Elsevier B.V.; (2) John Wiley & Sons, Inc.; (3) Sage Publications, Inc.; (4) Springer Nature AG & Co. KGaA; (5) Taylor & Francis Group, LLC; (6) Taylor & Francis Group, Ltd.; (7) Informa plc; (8) Wolters Kluwer Health, Inc.; (9) Wolters Kluwer N.V.; and (10) International Association of Scientific, Technical, and Medical Publishers (collectively, the "Defendants"), through counsel stipulate to the following, subject to the Court's approval:

1. WHEREAS, Plaintiff Dr. Lucina Uddin filed the original Complaint on September 12, 2024 (Dkt. No. 1);

2. WHEREAS, Plaintiff Dr. Lucina Uddin and Defendants previously stipulated Defendants would answer or otherwise respond to the original Complaint no later than 100 days after the Court entered the parties' stipulation and proposed order (Dkt. No. 21-1);

3. WHEREAS, the Court entered the parties' stipulation on October 6, 2024 (Dkt. No. 33);

4. WHEREAS, Defendants' deadline to answer or otherwise respond to the original Complaint was January 14, 2025;

5. WHEREAS, on October 30, 2024, the Court entered a deadline of January 3, 2025 for the parties to exchange Rule 26 initial disclosures;

6. WHEREAS, on November 15, 2024, Plaintiffs filed their Amended Complaint (Dkt. No. 63);

7. WHEREAS, the parties propose, subject to Court approval, Defendants file their pre-motion letter to dismiss Plaintiffs' Amended Complaint, in accordance with Judge Gonzalez's Individual Practices, on February 18, 2025;

8. WHEREAS, the parties propose, subject to Court approval, Plaintiffs file their opposition letter to Defendants' pre-motion letter to dismiss Plaintiffs' Amended Complaint, in accordance with Judge Gonzalez's Individual Practices, on March 4, 2025;

9. WHEREAS, the parties propose, subject to Court approval, the parties exchange Rule 26 initial disclosures on February 7, 2025;

10. NOW THEREFORE, the parties, through their respective counsel and subject to the Court's approval, hereby stipulate that:

   a. The parties will exchange Rule 26 initial disclosures on February 7, 2025;

    b.  Defendants will file their pre-motion letter to dismiss Plaintiffs' Amended Complaint, in accordance with Judge Gonzalez's Individual Practices, on February 18, 2025; and

    c.  Plaintiffs will file their opposition letter to Defendants' pre-motion letter to dismiss Plaintiffs' Amended Complaint, in accordance with Judge Gonzalez's Individual Practices, on March 4, 2025.

**IT IS SO STIPULATED**.

Dated: December 16, 2024                By:     /s/ *Dean M. Harvey*

Dean M. Harvey (admitted *pro hac vice*)
Jallé H. Dafa (admitted *pro hac vice*)
Benjamin A. Trouvais (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
Fax: (415) 956-1008
dharvey@lchb.com
jdafa@lchb.com
btrouvais@lchb.com

Emily N. Harwell (NY Bar # 5985585)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Fax: (212) 355-9592
eharwell@lchb.com

Benjamin Elga (NY Bar # 5332861)
Janet Herold (admitted *pro hac vice*)
JUSTICE CATALYST LAW
40 Rector Street
New York, NY 10006
Phone: (518) 732-6703
belga@justicecatalyst.org
jherold@justicecatalyst.org

Roberta D. Liebenberg (admitted *pro hac vice*)
Gerard A. Dever (admitted *pro hac vice*)
Jeffrey B. Gittleman (*pro hac vice forthcoming*)
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Phone: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
gdever@finekaplan.com
jgittleman@finekaplan.com

Eric L. Cramer (admitted *pro hac vice*)
Michael J. Kane (admitted *pro hac vice*)
Joseph E. Samuel, Jr. (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3009
ecramer@bm.net
mkane@bm.net
jsamuel@bm.net
pmadden@bm.net

Scott A. Martin (NY Bar # 2387843)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Phone: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

*Counsel for Plaintiffs and the Proposed Class*

Dated: December 16, 2024

| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP | SIDLEY AUSTIN LLP |
| *s/ David R. Marriott* | */s/ Benjamin R. Nagin* |
| David R. Marriott | Benjamin R. Nagin |
| Sharonmoyee Goswami | 787 Seventh Avenue |
| Jesse M. Weiss | New York, NY 10019 |
| Two Manhattan West | (212) 839-5300 |
| 375 Ninth Avenue | bnagin@sidley.com |
| New York, NY 10001 | |
| (212) 474-1000 | Carrie Mahan |
| dmarriott@cravath.com | SIDLEY AUSTIN LLP |
| sgoswami@cravath.com | 1501 K Street, N.W. |
| jweiss@cravath.com | Washington, D.C. 20005 |
| | carrie.mahan@sidley.com |
| *Attorneys for Defendant Elsevier B.V.* | (202) 736 8809 |
| | *Attorneys for Defendants Wolters Kluwer N.V.; and Wolters Kluwer Health, Inc.* |
| ARNOLD & PORTER KAYE SCHOLER LLP | WEIL, GOTSHAL & MANGES LLP |
| *s/ C. Scott Lent* | */s/ Adam C. Hemlock* |
| C. Scott Lent | Adam C. Hemlock |
| Esther Ha Yoon Sohn | Benjamin E. Marks |
| Leah J. Harrell | Rebecca R. Jacobson |
| 250 West 55thStreet | 767 Fifth Avenue |
| New York, NY 10019-9710 | New York, NY 10153 |
| Telephone: (212) 836-8000 | Telephone: (212) 310-8000 |
| Fax: (212) 836-8689 | Fax: (212) 310-8007 |
| scott.lent@arnoldporter.com | adam.hemlock@weil.com |
| esther.sohn@arnoldporter.com | benjamin.marks@weil.com |
| leah.harrell@arnoldporter.com | rebecca.jacobson@weil.com |
| Matthew Tabas | *Attorneys for Defendant International Association of Scientific, Technical, and Medical Publishers* |
| 601 Massachusetts Avenue, NW | |
| Washington, DC 20001-3743 | |
| Telephone: (202) 942-5000 | |
| Fax: (202) 942-5999 | |
| matthew.tabas@arnoldporter.com | |
| *Attorneys for Defendant John Wiley & Sons, Inc.* | |

| | |
|---|---|
| VENABLE LLP | WHITE & CASE LLP |
| */s/ Danielle R. Foley* | */s/ Robert A. Milne* |
| Danielle R. Foley | Robert A. Milne |
| Lisa Jose Fales | Jack E. Pace III |
| Andrew T. Hernacki | Bryan Gant |
| 600 Massachusetts Avenue, NW | Daniel Grossbaum |
| Washington D.C. 20001 | 1221 Avenue of the Americas |
| Telephone: (202) 344-4000 | New York, NY 10020 |
| drfoley@venable.com | tel.: (212) 819-8200 |
| ljfales@venable.com | fax: (212) 354-8113 |
| athernacki@venable.com | rmilne@whitecase.com |
| | jpace@whitecase.com |
| | bgant@whitecase.com |
| | dan.grossbaum@whitecase.com |
| *Attorneys for Defendant Sage Publications, Inc.* | |
| | Heather M. Burke |
| | 3000 El Camino Real |
| | 2 Palo Alto Square, Suite 900 |
| | Palo Alto, CA 94306-2109 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | tel.: (650) 213-0300 |
| | fax: (650) 213-8158 |
| | hburke@whitecase.com |
| */s/ C. Lawrence Malm* | |
| D. Bruce Hoffman | *Attorneys for Defendants Taylor & Francis Group, Ltd.; Taylor & Francis Group, LLC; and Informa plc* |
| Kenneth Reinker | |
| C. Lawrence Malm | |
| 2112 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20037-3229 | |
| T: 202-974-1500 | |
| F: 202-974-1999 | |
| bhoffman@cgsh.com | |
| kreinker@cgsh.com | |
| lmalm@cgsh.com | |
| | |
| *Attorneys for Defendant Springer Nature AG & Co. KGaA* | |

Pursuant to Stipulation, **IT IS SO ORDERED**.


Dated:  December 16, 2024　　　　　　　　*/s/ Hector Gonzalez*_____
　　　　　　　　　　　　　　　　　　　　　Hector Gonzalez
　　　　　　　　　　　　　　　　　　　　　United States District Judge