

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jeffrey B. Gittleman, Esq.*

DATE OF ADMISSION

**December 2, 1996**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: December 9, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JEFFREY BRIAN GITTLEMAN** *(No.* **031351996** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 30, 1996** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 11th day of December, 2024.*

*Clerk of the Supreme Court*