UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ELVISHA DHAMALA, DR. SHELLEY FACENTE, DR. ROBERT MAHON, and DR. LUCINA UDDIN,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ELSEVIER, B.V., INFORMA PLC, INTERNATIONAL ASSOCIATION OF SCIENTIFIC, TECHNICAL, AND MEDICAL PUBLISHERS, JOHN WILEY & SONS, INC., SAGE PUBLICATIONS, INC., SPRINGER NATURE AG & CO. KGaA, TAYLOR & FRANCIS GROUP, LLC, TAYLOR & FRANCIS GROUP, LTD., WOLTERS KLUWER HEALTH, INC., WOLTERS KLUWER N.V., and JOHN DOES 1 THROUGH 50,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 1:24-cv-06409-HG<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS
THE AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that Defendants Elsevier B.V., Informa PLC, John Wiley & Sons, Inc., Sage Publications, Inc., Springer Nature AG & Co. KGaA, Taylor & Francis Group, LLC, Taylor & Francis Group, Ltd., Wolters Kluwer Health, Inc., Wolters Kluwer N.V., and the International Association of Scientific, Technical, and Medical Publishers, by and through their undersigned counsel, hereby move this Court, before the Honorable Hector Gonzalez of the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order dismissing with prejudice the Amended Complaint filed by Plaintiffs Elvisha Dhamala, Shelley Facente, Robert Mahon, and Lucina Uddin under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim; and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that in support of their motion, Defendants rely on the accompanying Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Amended Complaint, dated May 5, 2025, the Declaration of Jesse M. Weiss, executed on May 5, 2025, with exhibits thereto, and all prior papers filed in this action.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's March 5, 2025 Scheduling Order, Plaintiffs' response, if any, is due on July 7, 2025, and Defendants' reply, if any, is due on August 6, 2025.

Dated: May 5, 2025

| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP | VENABLE LLP |
| */s/ David R. Marriott* | */s/ Danielle R. Foley* |
| David R. Marriott | Danielle R. Foley |
| Sharonmoyee Goswami | Lisa Jose Fales |
| Jesse M. Weiss | Andrew T. Hernacki |
| Two Manhattan West | 600 Massachusetts Avenue, NW |
| 375 Ninth Avenue | Washington D.C. 20001 |
| New York, NY 10001 | Telephone: (202) 344-4000 |
| (212) 474-1000 | drfoley@venable.com |
| dmarriott@cravath.com | ljfales@venable.com |
| sgoswami@cravath.com | athernacki@venable.com |
| jweiss@cravath.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Defendant* | *Sage Publications, Inc.* |
| *Elsevier B.V.* | |
| ARNOLD & PORTER KAYE SCHOLER LLP | WEIL, GOTSHAL & MANGES LLP |
| */s/ C. Scott Lent* | */s/ Adam C. Hemlock* |
| C. Scott Lent | Adam C. Hemlock |
| Esther Ha Yoon Sohn | Benjamin E. Marks |
| Leah J. Harrell (admitted *pro hac vice*) | Rebecca R. Jacobson |
| 250 West 55th Street | 767 Fifth Avenue |
| New York, NY 10019-9710 | New York, NY 10153 |
| Telephone: (212) 836-8000 | Telephone: (212) 310-8000 |
| Fax: (212) 836-8689 | Fax: (212) 310-8007 |
| scott.lent@arnoldporter.com | adam.hemlock@weil.com |
| esther.sohn@arnoldporter.com | benjamin.marks@weil.com |
| leah.harrell@arnoldporter.com | rebecca.jacobson@weil.com |
| Matthew Tabas (admitted *pro hac vice*) | *Attorneys for Defendant International Association of Scientific, Technical, and Medical Publishers* |
| 601 Massachusetts Avenue, NW | |
| Washington, DC 20001-3743 | |
| Telephone: (202) 942-5000 | |
| Fax: (202) 942-5999 | |
| matthew.tabas@arnoldporter.com | |
| *Attorneys for Defendant* | |
| *John Wiley & Sons, Inc.* | |

| | |
|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | WHITE & CASE LLP |
| | |
| */s/ D. Bruce Hoffman* | */s/ Robert A. Milne* |
| D. Bruce Hoffman | Robert A. Milne |
| Kenneth Reinker | Jack E. Pace III |
| C. Lawrence Malm | Bryan Gant |
| 2112 Pennsylvania Avenue, N.W. | Daniel Grossbaum |
| Washington, D.C. 20037-3229 | 1221 Avenue of the Americas |
| T: 202-974-1500 | New York, NY 10020 |
| F: 202-974-1999 | tel.: (212) 819-8200 |
| bhoffman@cgsh.com | fax: (212) 354-8113 |
| kreinker@cgsh.com | rmilne@whitecase.com |
| lmalm@cgsh.com | jpace@whitecase.com |
| | bgant@whitecase.com |
| *Attorneys for Defendant* | dan.grossbaum@whitecase.com |
| *Springer Nature AG & Co. KGaA* | |
| | *Attorneys for Defendants Taylor & Francis Group, Ltd.; Taylor & Francis Group, LLC; and Informa plc* |

SIDLEY AUSTIN LLP

 */s/ Benjamin R. Nagin*
Benjamin R. Nagin
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
bnagin@sidley.com

Carrie Mahan
S. Nicole Booth
1501 K Street, N.W.
Washington, D.C. 20005
carrie.mahan@sidley.com
nicole.booth@sidley.com
(202) 736-8000

*Attorneys for Defendants Wolters Kluwer N.V.; and Wolters Kluwer Health, Inc.*