UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ELVISHA DHAMALA, DR. SHELLEY FACENTE, DR. ROBERT MAHON, and DR. LUCINA UDDIN,<br><br>       *Plaintiffs*,<br><br>v.<br><br>ELSEVIER, B.V., INFORMA PLC, INTERNATIONAL ASSOCIATION OF SCIENTIFIC, TECHNICAL, AND MEDICAL PUBLISHERS, JOHN WILEY & SONS, INC., SAGE PUBLICATIONS, INC., SPRINGER NATURE AG & CO. KGaA., TAYLOR & FRANCIS GROUP, LLC, TAYLOR & FRANCIS GROUP, LTD., WOLTERS KLUWER HEALTH, INC., WOLTERS KLUWER N.V., and JOHN DOES 1 THROUGH 50,<br><br>       *Defendants*. | Case No. 1:24-cv-06409 (HG)<br><br>ORAL ARGUMENT REQUESTED |

## FOREIGN DEFENDANTS' MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated May 5, 2025 and the Declarations attached thereto, Defendants Informa PLC, Taylor & Francis Group, Ltd., and Wolters Kluwer N.V., (collectively, the "Foreign Defendants"), hereby move this Court before the Honorable Hector Gonzalez, United States District Court Judge, Eastern District of New York, for an Order dismissing with prejudice the Foreign Defendants for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| DATED: May 5, 2025<br>New York, NY | Respectfully submitted, |
| WHITE & CASE LLP | SIDLEY AUSTIN LLP |
| */s/ Robert A. Milne*<br>Robert A. Milne<br>Jack E. Pace III<br>Bryan Gant<br>Daniel J. Grossbaum<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel.: (212) 819-8200<br>Fax: (212) 354-8113<br>rmilne@whitecase.com<br>jpace@whitecase.com<br>bgant@whitecase.com<br>dan.grossbaum@whitecase.com<br><br>*Attorneys for Defendants Informa PLC, Taylor & Francis Group LLC, and Taylor & Francis Group, Ltd.* | */s/ Benjamin R. Nagin*<br>Benjamin R. Nagin<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 839-5911<br>Fax: (212) 839-5599<br>bnagin@sidley.com<br><br>Carrie Mahan (admitted *pro hac vice*)<br>S. Nicole Booth (admitted *pro hac vice*)<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>(202) 736 8000<br>carrie.mahan@sidley.com<br>nicole.booth@sidley.com<br><br>*Attorneys for Defendants Wolters Kluwer N.V. and Wolters Kluwer Health, Inc.* |