# Exhibit 5

# Sharing versions of journal articles

If you've published in a Taylor & Francis or Routledge journal, there are many ways that you can share the different versions of your article with your contacts.

Quick links    **Sharing different versions**    **Repositories**    **Social media, websites, conferences, and teaching**    **Eprints and sharing links**

## Sharing different versions of your article

From the manuscript you first submit to a journal, through peer review and revisions, to the final article that's published on the website, there can be several versions of your paper. Find out how these different versions are defined and how you can share them.

## Author's Original Manuscript (AOM)

### What is it?

This version, sometimes called a "preprint", is your paper before you submitted it to a journal for peer review.

The AOM is defined by the National Information Standards Organization (NISO) as:

*"Any version of a journal article that is considered by the author to be of sufficient quality to be submitted for formal peer review."*

### How can I share it?

**You can share your AOM as much as you like**, including via social media, on a scholarly collaboration network, your own personal website, or on a preprint server intended for non-commercial use (for example arXiv, bioRxiv, SocArXiv, etc.).

We encourage authors to share an early version of their research as a preprint to increase visibility and support open research.

**Posting on a preprint server** 🔗 before you submit to a journal is not considered to be duplicate publication and this will not jeopardize consideration for publication in a Taylor & Francis or Routledge journal.

If you do post your AOM anywhere, we recommend that, after it's been published in a journal, you add a link to the final version on Taylor & Francis Online:

*"This is an original manuscript of an article published by Taylor & Francis in [JOURNAL TITLE] on [date of publication], available at: https://doi.org/[Article DOI]."*

### Research impact





Download your free guide to research impact 🔗

## Accepted Manuscript (AM)

### What is it?

This is the version of your manuscript after it's been through peer review, including any improvements resulting from that process, and has been accepted by the journal's editor.

When you receive the acceptance email from the Editorial Office, keep a copy of your AM for any future posting.

NISO definition: *"The version of a journal article that has been accepted for publication in a journal."*

### How can I share it?

As a Taylor & Francis author, you can post your Accepted Manuscript (AM) on your personal website at any point after publication of your article (this includes posting to Facebook, Google groups, and LinkedIn, plus linking from X – formerly Twitter).

**Embargoes usually apply if you are posting the AM to an institutional or subject repository, or to a scholarly collaboration network** such as ResearchGate. Embargo periods are typically 12 months for our Science, Technology and Medicine portfolio and 18 months for our Social Sciences and Humanities portfolio, running from the date of publication of the final article (Version of Record) i.e. date of first online publication. However, please refer to the **open access cost finder** 🔗 for specific journals. If your article has been published gold open access in a Taylor & Francis journal you can deposit the final article (Version of Record) or the Accepted Manuscript in the repository as soon as your work is published.

To encourage citation of your work (and to help you measure its impact with article metrics), we recommend that you insert a link from your posted AM to the published article on Taylor & Francis Online with the following text:

*"This is an Accepted Manuscript of an article published by Taylor & Francis in [JOURNAL TITLE] on [date of publication], available at: https://doi.org/[Article DOI]."*

## Version of Record (VOR)

### What is it?

This is the final, definitive, citable version of your paper, which has been copyedited, typeset, had metadata applied, and has been allocated a DOI (Digital Object Identifier).

For Taylor & Francis and Routledge journals, this is the version published on **Taylor & Francis Online** ⧉.

NISO definition: *"A fixed version of a journal article that has been made available by any organization that acts as a publisher by formally and exclusively declaring the article 'published'."*

### How can I share it?

If you've chosen to **publish your article open access** ⧉ there are no restrictions on how or where you share your article's VOR. For example, you can deposit the VOR or the Accepted Manuscript in a repository as soon as your work is published.

If your article isn't open access, the VOR can be shared using your **50 free eprints** ⧉ and you can also **use the sharing link function of our eReader** ⧉.

You can access and print the PDF of your VOR direct from the **authored works** ⧉ section of your account on Taylor & Francis Online. These printed copies can be used at conferences, meetings, and in teaching.

Even when you share the VOR or AM, we recommend that you also include a link to the VOR using its Digital Object Identifier (DOI). This means that downloads, **Altmetric data** ⧉, and citations can be tracked and collated – data you can then use to assess the impact of your work.

## Sharing your article in repositories

A repository is a digital platform used to host and preserve scholarly outputs. If you're based at a research institution, you're probably required to place a version of your article in their repository.

If your article has been published gold open access in a Taylor & Francis journal, you can deposit a PDF of the VOR (or the Accepted Manuscript) in the repository as soon as your work is published.



If your article hasn't been published gold open access then you'll need to archive a copy of either the AOM or the AM.

**For most Taylor & Francis and Routledge journals there is an embargo period during which the AM should be a closed deposit.**

The length of each journal's embargo is available on the **OA Cost Finder** ⧉. The embargo period begins when the final version of your article is published online.

### What is a 'closed deposit'?

This is when you post your AM to your institutional repository so that it's available for those within your institutional network to access.

You (or repository staff) can make this an open deposit after the relevant embargo period has passed. AMs can be posted at any point to repositories as closed deposits.

## Which license should I use to share the AM in a repository?

We suggest that you apply a license to this version to make it clear to others how they can reuse your work. We recommend the Creative Commons Attribution-NonCommercial (CC BY-NC) license, which allows anyone to reuse your work, provided they credit you and don't reuse your work for commercial reasons.

As an alternative, if you have concerns around adaptation of your work, you can apply a Creative Commons Attribution-NonCommercial-NoDerivatives (CC BY-NC-ND) license. This means that you have to be credited, any reuse of the work has to be on non-commercial terms, and the work has to be used in full.

You should include a statement when posting your AM:

**CC BY-NC statement**

*"This is an Accepted Manuscript version of the following article, accepted for publication in [JOURNAL]. [INCLUDE CITATION]. It is deposited under the terms of the Creative Commons Attribution-NonCommercial License (http://creativecommons.org/licenses/by-nc/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited."*

**CC BY-NC-ND statement**

*"This is an Accepted Manuscript version of the following article, accepted for publication in [JOURNAL]. [INCLUDE CITATION]. It is deposited under the terms of the Creative Commons Attribution-NonCommercial-NoDerivatives License (http://creativecommons.org/licenses/by-nc-nd/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited, and is not altered, transformed, or built upon in any way."*

Your AM might be posted on our platform before the VOR is published, as part of the Accepted Manuscript Online (AMO) service. In this case, this AMO version will have the same license terms as your VOR.

### What is an 'open deposit'?

This is when you post your AM to your institutional repository so it's freely available for anyone to access.

All authors should respect embargo periods before making AMs available as an open deposit. You can check the embargo period on all journals in the **open access cost finder** ⧉.

## Sharing your article on social media and websites, at conferences, and in teaching

If you **choose open access** ⧉, you can share your article's VOR immediately, in any way you want. However, even if your article isn't open access, there are many options for sharing versions of your article in the following venues.

**My article has been published in a Taylor & Francis journal and I want to...**

| Post my article on my personal website or blog | ⌃ |
|---|---|

Post your AOM or AM at any time after publication. Please use the following text to link to the Version of Record using the article's Digital Object Identifier (DOI):

"This is an [Accepted Manuscript / Original Manuscript] of an article published by Taylor & Francis in [JOURNAL TITLE] on [date of publication], available at

https://doi.org/[Article DOI]."

## Present my article at a meeting or conference

Download a PDF of the article's VOR from **Authored works** and print copies to share with attendees.

If the conference is online you can share your **eprint link** or use an **eReader sharing link**.

## Use my article in my teaching

Download a PDF of the article's VOR from **Authored works** and print copies to share with your students.

If you are teaching online you can share your **eprint link** or use an **eReader sharing link**.

## Post about my article on social media (X, Facebook, LinkedIn etc.)

Direct your followers to the Version of Record by posting your **eprint link**, using an **eReader sharing link**, or by linking directly to the VOR on Taylor & Francis Online.

You can also post or link to the AOM or AM from your social media account at any time after publication. If you share either of these versions we always recommend that you also link to the VOR using the article's DOI:

"This is an [Accepted Manuscript / Original Manuscript] of an article published by Taylor & Francis in [JOURNAL TITLE] on [date of publication], available at https://doi.org/[Article DOI]."

## Post about article on scholarly collaboration networks (ResearchGate, Academia.edu etc.)

Direct your network to the VOR by posting your **eprint link**, using an **eReader sharing link**, or by linking directly to the VOR on Taylor & Francis Online.

You can post your AOM at any time or your AM once the **embargo period** has ended. If you do, please use the following text to link to the VOR using the article's DOI:

"This is an [Accepted Manuscript / Original Manuscript] of an article published by Taylor & Francis in [JOURNAL TITLE] on [date of publication], available at https://doi.org/[Article DOI]."

## Deposit my article in an institutional or subject repository

You can deposit the AOM or AM in a repository. For most journals you will need to make your AM a 'closed deposit' during the journal's embargo period (please read the repositories guidance above).

## Eprints and sharing links

### Using your free eprints to share your article

An eprint is a free, online link you can use to give others access to your article if it isn't already open access. You'll be sent this link via email as soon as your article is published. You can also access it at any time from the **Authored works** section of your Taylor & Francis Online account.

Your eprint link can be used up to 50 times and each of your co-authors will also have their own separate 50 eprints. So, if you collaborated on a paper with three other researchers, you'll be able to share free access with 200 different contacts.

### eReader sharing links

Our new eReader also enables you to easily share free access to your article with friends and colleagues. Read the **guide to creating sharing links using the eReader**.

Each eReader sharing link works for the first 100 clicks and will expire 90 days after it was generated. However, once the access or time limit is reached, you can generate a new sharing link using the same process.

## Share your research to increase its impact

For more tips on increasing the reach of your research, read our **guide to research impact** and **download your free guide to research impact**.






Click to expand and download

Cookie Policy | Privacy Policy | Terms & Conditions | Accessibility | Editorial Policies | Contact us
Taylor & Francis Online | F1000 Research | Editing Services | Editor Resources | For Books Authors

© 2025 Informa UK Limited, an **Informa Group** Company.

Registered office is 5 Howick Place, London, SW1P 1WG.
Registered in England and Wales Number 1072954. Registered for VAT: GB 365 4626 36.

Taylor & Francis Group
an informa business