# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ELVISHA DHAMALA, DR. SHELLEY FACENTE, DR. ROBERT MAHON, and DR. LUCINA UDDIN,<br><br>Plaintiffs,<br><br>v.<br><br>ELSEVIER, B.V., INFORMA PLC, INTERNATIONAL ASSOCIATION OF SCIENTIFIC, TECHNICAL, AND MEDICAL PUBLISHERS, JOHN WILEY & SONS, INC., SAGE PUBLICATIONS, INC., SPRINGER NATURE AG & CO. KGaA., TAYLOR & FRANCIS GROUP, LLC, TAYLOR & FRANCIS GROUP, LTD., WOLTERS KLUWER HEALTH, INC., WOLTERS KLUWER N.V., and JOHN DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 1:24-cv-06409-HG<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiffs Dr. Elvisha Dhamala, Dr. Shelley Facente, Dr. Robert Mahon, and Dr. Lucina Uddin hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum & Order (Dkt. No. 127), signed and entered by District Judge Hector Gonzalez on January 30, 2026, and the Judgment (Dkt. No. 128), entered on January 30, 2026.

| | | |
|---|---|---|
| Dated: February 26, 2026 | By: | /s/ *Dean M. Harvey* |

Dean M. Harvey (admitted *pro hac vice*)
Jallé H. Dafa (admitted *pro hac vice*)
Benjamin A. Trouvais (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
Fax: (415) 956-1008
dharvey@lchb.com
jdafa@lchb.com
btrouvais@lchb.com

Emily N. Harwell (NY Bar # 5985585)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Fax: (212) 355-9592
eharwell@lchb.com

Benjamin Elga (NY Bar # 5332861)
Janet Herold (admitted *pro hac vice*)
JUSTICE CATALYST LAW
40 Rector Street
New York, NY 10006
Phone: (518) 732-6703
belga@justicecatalyst.org
jherold@justicecatalyst.org

Steven F. Molo (NY Bar # 4221743)
Jennifer Schubert (NY Bar # 4921201)
Pratik Kumar Raj Ghosh (NY Bar # 5754940)
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Phone: (212) 607-8160
Fax: (212) 607-8161
smolo@mololamken.com
jschubert@mololamken.com
prajghosh@mololamken.com

Eric Posner (admitted *pro hac vice*)
MOLOLAMKEN LLP
300 North LaSalle Street
Chicago, IL 60654
Phone: (312) 450-6700
Fax: (312) 450-6701
eposner@mololamken.com

Roberta D. Liebenberg (admitted *pro hac vice*)
Gerard A. Dever (admitted *pro hac vice*)
Jeffrey B. Gittleman (admitted *pro hac vice*)
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Phone: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
gdever@finekaplan.com
jgittleman@finekaplan.com

Eric L. Cramer (admitted *pro hac vice*)
Michael J. Kane (admitted *pro hac vice*)
Joseph E. Samuel, Jr. (admitted *pro hac vice*)
Patrick F. Madden (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3009
ecramer@bm.net
mkane@bm.net
jsamuel@bm.net
pmadden@bm.net

Scott A. Martin (NY Bar # 2387843)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Phone: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

*Counsel for Plaintiffs and the Proposed Class*